UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARGARET MITCHELL, )
)
         Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:15-CV-565-FL
HCL AMERICA, INC., )
)
         Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to compel arbitration and stay proceedings, made pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 2, 2016, and for the reasons set forth more specifically therein, that defendant's motion to compel arbitration is granted on the terms outlined in the order. Further, where all of plaintiff's claims are subject to arbitration, the portion of defendant's motion requesting dismissal is also granted. This case is DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on June 2, 2016, and Copies To:**

Laura Noble (via CM/ECF Notice of Electronic Filing)
Robert A. Sar (via CM.ECF Notice of Electronic Filing)
Brodie D. Erwin (via CM.ECF Notice of Electronic Filing)


June 2, 2016                                JULIE RICHARDS JOHNSTON, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk